United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 15, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-61123
Summary Calendar

PAUL JONATHAN MAGEE,

Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

Respondent.

---------------------
Petition for Review of an Order of the
Bureau of Immigration and Customs Enforcement
Agency No. A96 637 514
---------------------

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

Petitioner Paul Jonathan Magee petitions for review of the Bureau of Immigration and Customs Enforcement's order of deportation. He argues that he is eligible for adjustment of status and that he was detained and removed in violation of his due process rights. Magee's petition for review was not timely filed, however. See 8 U.S.C. § 1252(b)(1). Therefore, we lack jurisdiction to review the merits of his claims. See Karimian-Kaklaki v. INS, 997 F.2d 108, 113 (5th Cir. 1993).

PETITION DISMISSED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.